THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

WAYNE KIRK, on behalf of himself and others similarly situated,

Plaintiff,

vs.

MOVE, INC., and MOVE SALES, INC., d/b/a OP CITY, INC.,

Defendants.

Case No. 2:26-cv-00961

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT AND TO EXTEND INITIAL CASE DEADLINES**

NOTING DATE:  June 18, 2026

Pursuant to Local Rules 7(d)(1) and 10(g), Defendants Move, Inc. ("Move"), Move Sales, Inc. ("Move Sales") (collectively, "Defendants") and Plaintiff Wayne Kirk ("Plaintiff") jointly move for an extension of the deadline for Defendants to respond to Plaintiff's Amended Complaint, and to extend initial case deadlines, and stipulate as follows:

1.    On March 20, 2026, Plaintiff filed a Complaint against Move alleging violations of Washington's Commercial Electronic Mail Act and Consumer Protection Act (Dkt. 1). By agreement Move's deadline to respond to that Complaint was extended to June 9, 2026 (Dkts. 8, 11). On June 9, 2026, Move filed a motion to dismiss for lack of subject matter jurisdiction (Dkt. 17).

2. On June 16, 2026, Plaintiff filed a First Amended Complaint adding Move Sale as a Defendant to this case (Dkt. 23).

3.    The current deadline for Move to respond to the First Amended Complaint is June 30, 2026. Fed. R. Civ. P. 15(a)(3).

STIP. MOT. TO EXTEND RESP. DEADLINE
No. 2:26-cv-00961 - 1

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle Washington 98101
(206) 905-7000

4.      The deadline for Move Sales to respond to the First Amended Complaint will be 21 days after Plaintiff serves Move Sales. Fed. R. Civ. P. 12.

5.      In the interests of judicial economy, the parties respectfully request that Move's deadline to respond to Plaintiff's First Amended Complaint be extended to the same day that Move Sales' response is due, 21 days after the date Move Sales is served.

6.      The Parties additionally request that, in accordance with the above extension, the initial scheduling deadlines set out in this Court's May 19, 2026 Order (Dkt. 13) be extended as follows:

- The deadline for the FRCP 26(f) Conference be extended to ten days after Defendants' response to the First Amended Complaint is due;

- The deadline for initial disclosures be extended to seven days after the deadline for the 26(f) conference; and

- The deadline for the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Rule 26(f) be extended to seven days after the initial disclosure deadline.

7.      Defendants reserve the right to request an additional extension to the initial deadlines should they file a motion to dismiss in response to the First Amended Complaint.

WHEREFORE, the Parties respectfully request an Order modifying the deadlines as described herein.

STIP. MOT. TO EXTEND RESP. DEADLINE
No. 2:26-cv-00961 - 2

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle Washington 98101
(206) 905-7000

DATED this 18th day of June, 2026.

By: /s/ *Alicia Cobb*                          By: /s/ *Thomas Alvord*
    Alicia Cobb, WSBA #48685            Thomas Alvord, WSBA #61943
    QUINN EMANUEL URQUHART &          Reid Hudson (*pro hac vice*)
    SULLIVAN, LLP                        The HQ Firm, P.C.
    1109 First Avenue, Suite 210          450 Alaska Way S Suite 200 #1823
    Seattle Washington 98101              Seattle, Washington 98104
    (Tel): (206) 905-7000                 Tel: (385) 440-4127
    (Fax): (206) 905-7100                 thomas@thehqfirm.com
    aliciacobb@quinnemanuel.com           reid.hudson@thehqfirm.com

    Robin McGrath (*pro hac vice*)        *Attorneys for Wayne Kirk*
    Elizabeth O'Roark (*pro hac vice*)
    1200 Abernathy Road, Suite 1500
    Atlanta, GA 30328
    Tel: (404) 482-3502
    Fax: (404) 681-8290
    robinmcgrath@quinnemanuel.com
    elizabethoroark@quinnemanuel.com

    *Attorneys for Move, Inc.*

IT IS SO ORDERED.

DATED this 26th day of June, 2026.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIP. MOT. TO EXTEND RESP. DEADLINE
No. 2:26-cv-00961 - 3

QUINN EMANUEL URQUHART & SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle Washington 98101
(206) 905-7000